# UNITED STATES DISTRICT COURT
for the
District of Arizona



| United States of America | ) | Case No. 23-5100MJ |
|---|---|---|
| v. | ) | |
| Amged Kamal Ahmed el Zubair | ) | **AFFIDAVIT FOR DETENTION OF** |
| United States Citizen | ) | **MATERIAL WITNESSES** |
| | ) | |

I, United States Border Patrol Agent Alexander O. Huyett, on oath, depose and state:

(1) I am an Agent of the U.S. Border Patrol, Casa Grande, Arizona, and make this affidavit as such officer.

(2) A criminal complaint in this matter has been filed charging that the defendant did knowingly transport Miguel Garcia-Romero and Antonio Velasquez-Salazar (hereinafter called "witnesses"), who are aliens, in the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

(3) Said witnesses have testimony to give in said matter of a material nature in that they illegally entered the United States and the defendant was transporting them in furtherance of the witnesses' violation of law.

(4) The above witnesses are citizens and nationals of Mexico who entered the United States illegally and who would be returned to Mexico if released in this proceeding.

(5) Because of the above, their presence in further proceedings in this matter could not be required by subpoena of the court system of the United States and securing such presence by subpoena would become impracticable.

(6) I therefore request that the above-named witnesses be detained as witnesses for further proceedings in this case pursuant to 18 U.S.C. § 3144.

(7) This affidavit was sworn telephonically before a United States Magistrate Judge legally authorized to administer the oath for this purpose.

ALEXANDER O HUYETT  Digitally signed by ALEXANDER O HUYETT
Date: 2023.03.03 16:13:06 -07'00'

Alexander O. Huyett
U.S. Border Patrol Agent

Sworn to telephonically, this 3rd day of March, 2023. @ 4:48pm

Deborah M. Fine
United States Magistrate Judge